**Last revised 8/1/15**

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF NEW JERSEY

In Re:                                                Case No.:        _____16-20794_____

Clifton Enoch, III and Crystal Enoch                  Judge:           _____ABA_____

                                                      Chapter:              13

                    Debtor(s)

## Chapter 13 Plan and Motions

☐  Original              ☒  Modified/Notice Required        ☒  Discharge Sought

☐  Motions Included      ☐  Modified/No Notice Required     ☐  No Discharge Sought

Date:  _____January 3, 2017_____

THE DEBTOR HAS FILED FOR RELIEF UNDER
CHAPTER 13 OF THE BANKRUPTCY CODE

### YOUR RIGHTS WILL BE AFFECTED

You should have received from the court a separate *Notice of the Hearing on Confirmation of Plan*, which contains the date of the confirmation hearing on the Plan proposed by the Debtor.  This document is the actual Plan proposed by the Debtor to adjust debts. You should read these papers carefully and discuss them with your attorney.  Anyone who wishes to oppose any provision of this Plan or any motion included in it must file a written objection within the time frame stated in the Notice.  **This Plan may be confirmed and become binding, and included motions may be granted without further notice or hearing, unless written objection is filed before the deadline stated in the Notice.**

### YOU SHOULD FILE A PROOF OF CLAIM BY THE DEADLINE STATED
### IN THE NOTICE TO RECEIVE DISTRIBUTIONS UNDER ANY PLAN
### THAT MAY BE CONFIRMED, EVEN IF THE PLAN REFERS TO YOUR CLAIM

| Part 1:    Payment and Length of Plan |
|---|

a.  The debtor shall pay $ _____544.00_____ per _____month_____ to the Chapter 13 Trustee, starting on _____February 1, 2017_____ for approximately _____53 of 60_____ months.

b.  The debtor shall make plan payments to the Trustee from the following sources:

☒    Future earnings

☐    Other sources of funding (describe source, amount and date when funds are available):

1

c. Use of real property to satisfy plan obligations:

☐ Sale of real property
Description:

Proposed date for completion: _____

☐ Refinance of real property:
Description:

Proposed date for completion: _____

☐ Loan modification with respect to mortgage encumbering property:
Description:

Proposed date for completion: _____

d. ☐ The regular monthly mortgage payment will continue pending the sale, refinance or loan modification.

e. ☐ Other information that may be important relating to the payment and length of plan:

## Part 2:    Adequate Protection

a. Adequate protection payments will be made in the amount of $ _____ to be paid to the Chapter 13 Trustee and disbursed pre-confirmation to _____ (creditor).

b. Adequate protection payments will be made in the amount of $ _____ to be paid directly by the debtor(s) outside the Plan, pre-confirmation to: _____ (creditor).

## Part 3:    Priority Claims (Including Administrative Expenses)

All allowed priority claims will be paid in full unless the creditor agrees otherwise:

| Creditor | Type of Priority | Amount to be Paid |
|---|---|---|
| Isabel Balboa, Trustee<br>Ronald E. Norman, Esquire<br>Ronald E. Norman, Esquire<br>Marilyn Brown- DSO<br>Barbara Ivery- DSO | Administrative<br>Administrative<br>Administrative-supplemental fees<br>Priority<br>Priority | as allowed<br>$3,200.00<br>$707.48(pending court order)<br>Notice Only<br>Notice Only |

## Part 4:    Secured Claims

**a. Curing Default and Maintaining Payments**
The Debtor shall pay to the Trustee (as part of the Plan) allowed claims for arrearages on monthly obligations and the debtor shall pay directly to the creditor (outside the Plan) monthly obligations due after the bankruptcy filing as follows:

2

| Creditor | Collateral or Type of Debt | Arrearage | Interest Rate on Arrearage | Amount to be Paid to Creditor (In Plan) | Regular Monthly Payment (Outside Plan) |
|---|---|---|---|---|---|
| Midland Mortgage/Midfirst Ebury Street Capital, LLC | 210 Laurel Place Clementon, NJ | $36,458.46 | | $0.00 to be paid due to approved and completed Loan Modification | $1455.30 |
| Ebury Street Capital, LLC | 210 Laurel Place Clementon, NJ | $314.00 | 18% | $478.00 | |
| CCMUA | 210 Laurel Place Clementon, NJ | $2,894.87 (per POC) | 18%- | $4,451.20 | |
| GTMUA | 210 Laurel Place Clementon, NJ | $147.25 (per POC) | 18% | $224.00 | |

### b.  Modification

1.)  The debtor values collateral as indicated below. If the claim may be modified under Section 1322(b)(2), the secured creditor shall be paid the amount listed as the "Value of the Creditor Interest in Collateral," plus interest as stated. The portion of any allowed claim that exceeds that value shall be treated as an unsecured claim. If a secured claim is identified as having "NO VALUE" it shall be treated as an unsecured claim.

**NOTE: A modification under this Section ALSO REQUIRES
the appropriate motion to be filed under Section 7 of the Plan.**

| Creditor | Collateral | Scheduled Debt | Total Collateral Value | Superior Liens | Value of Creditor Interest in Collateral | Annual Interest Rate | Total Amount to be Paid |
|---|---|---|---|---|---|---|---|
| | | | | | | | |

2.)  Where the Debtor retains collateral and completes the Plan, payment of the full amount of the allowed secured claim shall discharge the corresponding lien.

### c.  Surrender

Upon confirmation, the stay is terminated as to surrendered collateral. The Debtor surrenders the following collateral:

| Creditor | Collateral to be Surrendered | Value of Surrendered Collateral | Remaining Unsecured Debt |
|---|---|---|---|
| Nissan Motor Acceptance | 2005 Nissan Quest | $3,284.00 | $20,701.00 |

3

**d. Secured Claims Unaffected by the Plan**

The following secured claims are unaffected by the Plan:

Pay the following outside of the plan:  Chase Auto (2003 Ram Pickup) Richardson Imports (2010 Toyota Camry), Philadelphia Co DRS

**e. Secured Claims to be Paid in Full Through the Plan:**

| Creditor | Collateral | Total Amount to be Paid Through the Plan |
|---|---|---|
|  |  |  |

---

## Part 5:   Unsecured Claims

**a. Not separately classified** allowed non-priority unsecured claims shall be paid:

☐ Not less than $ _____ to be distributed *pro rata*

☐ Not less than _____ percent

☒ *Pro Rata* distribution from any remaining funds

**b. Separately classified unsecured** claims shall be treated as follows:

| Creditor | Basis For Separate Classification | Treatment | Amount to be Paid |
|---|---|---|---|
|  |  |  |  |

---

## Part 6:   Executory Contracts and Unexpired Leases

All executory contracts and unexpired leases are rejected, except the following, which are assumed:

| Creditor | Nature of Contract or Lease | Treatment by Debtor |
|---|---|---|
|  |  |  |

**Part 7:   Motions**

**NOTE:  All plans containing motions must be served on all potentially affected creditors, together with local form, *Notice of Chapter 13 Plan Transmittal*, within the time and in the manner set forth in D.N.J. LBR 3015-1. A *Certification of Service* must be filed with the Clerk of Court when the plan and transmittal notice are served.**

**a.  Motion to Avoid Liens Under 11. U.S.C. Section 522(f).**

The Debtor moves to avoid the following liens that impair exemptions:

| Creditor | Nature of Collateral | Type of Lien | Amount of Lien | Value of Collateral | Amount of Claimed Exemption | Sum of All Other Liens Against the Property | Amount of Lien to be Avoided |
|----------|---------------------|--------------|----------------|---------------------|----------------------------|---------------------------------------------|------------------------------|
|          |                     |              |                |                     |                            |                                             |                              |

**b.  Motion to Avoid Liens and Reclassify Claim From Secured to Completely Unsecured.**

The Debtor moves to reclassify the following claims as unsecured and to void liens on collateral consistent with Part 4 above:

| Creditor | Collateral | Amount of Lien to be Reclassified |
|----------|-----------|-----------------------------------|
|          |           |                                   |

**c.  Motion to Partially Void Liens and Reclassify Underlying Claims as Partially Secured and Partially Unsecured.**

The Debtor moves to reclassify the following claims as partially secured and partially unsecured, and to void liens on collateral consistent with Part 4 above:

5

| Creditor | Collateral | Amount to be Deemed Secured | Amount to be Reclassified as Unsecured |
|---|---|---|---|
|  |  |  |  |

## Part 8:    Other Plan Provisions

**a. Vesting of Property of the Estate**

☒ Upon confirmation

☐ Upon discharge

**b.  Payment Notices**

Creditors and Lessors provided for in Parts 4, 6 or 7 may continue to mail customary notices or coupons to the Debtor notwithstanding the automatic stay.

**c.  Order of Distribution**

The Trustee shall pay allowed claims in the following order:

1) Trustee commissions

2) Ronald E. Norman, Esquire

3) Secured Creditor

4) Unsecured Creditors

**d.  Post-Petition Claims**

The Trustee ☐ is, ☒ is not authorized to pay post-petition claims filed pursuant to 11 U.S.C. Section 1305(a) in the amount filed by the post-petition claimant.

## Part 9:    Modification

If this Plan modifies a Plan previously filed in this case, complete the information below.

Date of Plan being Modified: 6/1/16

| Explain below **why** the plan is being modified: | Explain below **how** the plan is being modified: |
|---|---|
| Plan is being modified to remove mortgage arrears due to completed loan modification and correct secured claim amounts for CCMUA and GTMUA being paid through plan per proof of claims filed and provide a pro rata distribution to unsecured creditors. | Removed mortgage arrears and corrected secured claim amounts for CCMUA and GTMUA per filed proof of claims.  Also provided a pro rata distribution to unsecured creditors. |

| Are Schedules I and J being filed simultaneously with this Modified Plan? | ☐ Yes ☒ No |
|---|---|

**Part 10:    Sign Here**

The Debtor(s) and the attorney for the Debtor (if any) must sign this Plan.

Date: _1/4/17_____          /s/ Ronald E. Norman_____
                                                 Attorney for the Debtor

I certify under penalty of perjury that the above is true.

Date: _1/4/17_____          /s/ Clifton Enoch, III_____
                                                 Debtor

Date: _1/4/17_____          /s/ Crystal Enoch_____
                                                 Joint Debtor

United States Bankruptcy Court
District of New Jersey

In re:                                                                                   Case No. 16-20794-ABA
Clifton Enoch,, III                                                                      Chapter 13
Crystal B. Enoch
        Debtors

## CERTIFICATE OF NOTICE

District/off: 0312-1          User: admin               Page 1 of 2              Date Rcvd: Jan 10, 2017
                             Form ID: pdf901            Total Noticed: 47


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jan 12, 2017.
```
db/jdb        Clifton Enoch,, III,    Crystal B. Enoch,    210 Laurel Pl,    Clementon, NJ  08021-5810
516214952    +AR Resources Inc,    1777 Sentry Pkwy W,    Blue Bell, PA 19422-2206
516214951     American Education Services,    PO Box 2461,    Harrisburg, PA  17105-2461
516214954    #Barbara Ivery,    6935 Rodney St,    Philadelphia, PA 19138-1920
516214955     Bureau of Account Mana,    3607 Rosemont Ave Ste 502,    Camp Hill, PA  17011-6943
516214957     CCMUA,    1630 Ferry Ave,    Camden, NJ  08104-1312
516214960     COMCAST,    4120 International Pkwy,    Carrollton, TX  75007-1957
516214958     Chase Auto,    PO Box 901003,    Columbus, OH  43224
516214962     Cooper University Health Care,    PO Box 2090,    Morrisville, NC  27560-2090
516235335     ECMC,    PO BOX 16408,    St Paul, MN 55116-0408
516214963     Ebury Street Capital, LLC,    41 Purdy Ave Unit 281,    Rye, NY  10580-7522
516214964     Financial Recoveries,    200 E Park Dr Ste 100,    Mount Laurel, NJ  08054-1297
516214965     GTMUA,    1261 Chews Landing Clementon Rd,    Blackwood, NJ  08012
516392368    +Gloucester Township Municipal Utilities Auth.,    Leonard J. Wood, Esquire,
              1250 Chews Landing Road,    Laurel Springs, NJ 08021-2816
516214966     Hsbc Bank Nevada,    PO Box 27788,    Tempe, AZ 85285-7788
516379773     JPMorgan Chase Bank, N.A.,    National Bankruptcy Dept,    P O Box 901032,
              Ft Worth  TX  76101-2032
516214967     Kennedy Health,    200 E Park Dr Ste 100,    Mount Laurel, NJ  08054-1297
516214969     MED1 02 Rowan Som Osteopathic Scienc,    916 S 14th St,    Harrisburg, PA  17104-3425
516214968     Marilyn Brown,    5238 Cedar Ave,    Philadelphia, PA 19143-1525
516368101    +MidFirst Bank,    999 NorthWest Grand Boulevard,    Oklahoma City, OK 73118-6051
516214970     Midland Mortgage Company/Mid First Bank,    Attention: Bankruptcy,    PO Box 26648,
              Oklahoma City, OK  73126-0648
516214971     Midland Mtg/Midfirst,    999 NW Grand Blvd,    Oklahoma City, OK  73118-6051
516292561     Navient Solutions, Inc.,    P.O. Box 9640,    Wilkes-Barre, PA 18773-9640
516214974     Nissan Motor Acceptanc,    PO Box 660360,    Dallas, TX  75266-0360
516214975     Penn Credit,    916 S 14th St,    Harrisburg, PA  17104-3425
516214976     Philadelphia Co Drs,    34 S 11th St Rm 304,    Philadelphia, PA  19107-4912
516214977     Portfolio Recovery Ass,    287 Independence Blvd,    Virginia Beach, VA  23462-2962
516214979     ProCo,    PO Box 2462,    Aston, PA  19014-0462
516214980     Rancocas Anesthesiology,    PO Box 4640,    Rutherford, NJ  07070-0464
516214981     Richardson Imports,    4700 Route 42,    Turnersville, NJ  08012-1707
516214982    +Rickart Collection Systems, Inc.,    575 Milltown Rd,    North Brunswick, NJ 08902-3336
516214983     SB1 Federal Credit Union,    1777 Sentry Pkwy W,    Blue Bell, PA 19422-2207
516214984     Select Medical Corp,    3607 Rosemont Ave Ste 502,    Camp Hill, PA 17011-6943
516214985    +South Jersey Gas,    1 S Jersey Plz,    Hammonton, NJ 08037-9100
516241121    +US Dept. of Housing and Urban Development,    451 7th Street, SW,    Washington, DC 20410-0002
516214987     World Financial Network Bank,    287 Independence Blvd,    Virginia Beach, VA  23462-2962
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg           E-mail/Text: usanj.njbankr@usdoj.gov Jan 11 2017 00:17:23    U.S. Attorney,    970 Broad St.,
              Room 502,    Rodino Federal Bldg.,    Newark, NJ  07102-2534
smg          +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Jan 11 2017 00:17:20    United States Trustee,
              Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
              Newark, NJ 07102-5235
516214953     E-mail/Text: bankruptcy@pepcoholdings.com Jan 11 2017 00:17:03    Atlantic City Electric,
              5 Collins Dr Ste 2133,    Carneys Point, NJ  08069-3600
516214956     E-mail/Text: bankruptcy@cavps.com Jan 11 2017 00:17:39    Cavalry Portfolio Serv,
              PO Box 27288,    Tempe, AZ  85285-7288
516249108    +E-mail/Text: bankruptcy@cavps.com Jan 11 2017 00:17:39    Cavalry SPV I, LLC,
              500 Summit Lake Drive, Ste 400,    Valhalla, NY 10595-1340
516214959    +E-mail/Text: bk.notifications@jpmchase.com Jan 11 2017 00:17:10    Chase Auto Finance,
              201 N Central Ave,    Phoenix, AZ 85004-1071
516214961    +E-mail/Text: ned-collections_bankruptcydocuments@comcast.com Jan 11 2017 00:17:49    Comcast,
              1701 John F Kennedy Blvd,    Philadelphia, PA 19103-2899
516214972     E-mail/PDF: pa_dc_claims@navient.com Jan 11 2017 00:13:36    Navient,    PO Box 9655,
              Wilkes Barre, PA  18773-9655
516214973     E-mail/PDF: pa_dc_claims@navient.com Jan 11 2017 00:13:23    Navient,    Attn: Claims Dept,
              PO Box 9500,    Wilkes Barre, PA  18773-9500
516214978     E-mail/Text: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jan 11 2017 00:20:17
              Portfolio Recovery Associates, LLC,    PO Box 12914,    Norfolk, VA  23541-0914
516214986    +E-mail/Text: bankruptcy@sw-credit.com Jan 11 2017 00:17:24    Southwest Credit Syste,
              4120 International Pkwy,    Carrollton, TX 75007-1958
                                                                                         TOTAL: 11
```


          ***** BYPASSED RECIPIENTS *****
NONE.                                                                           TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

```
District/off: 0312-1          User: admin             Page 2 of 2              Date Rcvd: Jan 10, 2017
                             Form ID: pdf901         Total Noticed: 47
```

```
                ***** BYPASSED RECIPIENTS (continued) *****
```

```
Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 12, 2017                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on January 9, 2017 at the address(es) listed below:
          Denise E. Carlon    on behalf of Creditor   MidFirst Bank dcarlon@kmllawgroup.com,
            bkgroup@kmllawgroup.com
          Isabel C. Balboa    on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com,
            summarymail@standingtrustee.com
          Isabel C. Balboa    ecfmail@standingtrustee.com,   summarymail@standingtrustee.com
          Ronald E. Norman    on behalf of Joint Debtor Crystal B. Enoch ronaldenorman@comcast.net,
            dgordon@rnormanlaw.com;rnorman@rnormanlaw.com;g14985@notify.cincompass.com
          Ronald E. Norman    on behalf of Debtor Clifton  Enoch,, III ronaldenorman@comcast.net,
            dgordon@rnormanlaw.com;rnorman@rnormanlaw.com;g14985@notify.cincompass.com
                                                                             TOTAL: 5
```