Form 137 – aplccmpn

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

Case No.: 16−20794−ABA
Chapter: 13
Judge: Andrew B. Altenburg Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

| | |
|---|---|
| Clifton Enoch, III | Crystal B. Enoch |
| aka CLIFTON ENOCH | aka CRYSTAL PRICE |
| 210 Laurel Pl | 210 Laurel Pl |
| Clementon, NJ 08021−5810 | Clementon, NJ 08021−5810 |

Social Security No.:
  xxx−xx−9603                    xxx−xx−4539

Employer's Tax I.D. No.:

## NOTICE OF HEARING ON APPLICATION FOR COMPENSATION

NOTICE IS HEREBY GIVEN that there will be a hearing held before the honorable Andrew B. Altenburg Jr. on:

Date:     2/23/17
Time:     02:00 PM
Location:    Courtroom 4B, Mitchell H. Cohen Courthouse, 1 John F. Gerry Plaza, 400 Cooper Street, Camden, NJ 08101−2067

for the purpose of acting on applications for compensation. Attendance by creditors is welcome, but not required.

The following applications for compensation have been filed:

APPLICANT(S)
Ronald E. Norman, Debtor's Attorney

COMMISSION OR FEES
$1100.00

EXPENSES
$7.48

Creditors may be heard before the applications are determined.

In accordance with D.N.J. Local Bankruptcy Rule 2016−1(d), appearances are not required on applications for compensation unless objections are filed. Objections shall be filed and served no later than seven (7) days prior to the scheduled hearing date (D.N.J. LBR 2016−1(h)).

Dated: January 20, 2017
JAN:

Jeanne Naughton
Clerk

Case 16-20794-ABA    Doc 45    Filed 01/22/17    Entered 01/23/17 00:48:33    Desc Imaged
Certificate of Notice    Page 2 of 4

United States Bankruptcy Court
District of New Jersey

In re:                                                                  Case No. 16-20794-ABA
Clifton Enoch,, III                                                     Chapter 13
Crystal B. Enoch
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-1         User: admin              Page 1 of 2          Date Rcvd: Jan 20, 2017
                             Form ID: 137             Total Noticed: 47

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jan 22, 2017.
```
db/jdb         Clifton Enoch,, III,    Crystal B. Enoch,    210 Laurel Pl,    Clementon, NJ 08021-5810
516214952     +AR Resources Inc,    1777 Sentry Pkwy W,    Blue Bell, PA 19422-2206
516214951      American Education Services,    PO Box 2461,    Harrisburg, PA 17105-2461
516214954     #Barbara Ivery,    6935 Rodney St,    Philadelphia, PA 19138-1920
516214955      Bureau of Account Mana,    3607 Rosemont Ave Ste 502,    Camp Hill, PA 17011-6943
516214957      CCMUA,    1630 Ferry Ave,    Camden, NJ 08104-1312
516214960      COMCAST,    4120 International Pkwy,    Carrollton, TX 75007-1957
516214958      Chase Auto,    PO Box 901003,    Columbus, OH 43224
516214962      Cooper University Health Care,    PO Box 2090,    Morrisville, NC 27560-2090
516235335      ECMC,    PO BOX 16408,    St Paul, MN 55116-0408
516214963      Ebury Street Capital, LLC,    41 Purdy Ave Unit 281,    Rye, NY 10580-7522
516214964      Financial Recoveries,    200 E Park Dr Ste 100,    Mount Laurel, NJ 08054-1297
516214965      GTMUA,    1261 Chews Landing Clementon Rd,    Blackwood, NJ 08012
516392368     +Gloucester Township Municipal Utilities Auth.,    Leonard J. Wood, Esquire,
                1250 Chews Landing Road,    Laurel Springs, NJ 08021-2816
516214966      Hsbc Bank Nevada,    PO Box 27788,    Tempe, AZ 85285-7788
516379773      JPMorgan Chase Bank, N.A.,    National Bankruptcy Dept,    P O Box 901032,
                Ft Worth TX 76101-2032
516214967      Kennedy Health,    200 E Park Dr Ste 100,    Mount Laurel, NJ 08054-1297
516214969      MED1 02 Rowan Som Osteopathic Scienc,    916 S 14th St,    Harrisburg, PA 17104-3425
516214968      Marilyn Brown,    5238 Cedar Ave,    Philadelphia, PA 19143-1525
516368101     +MidFirst Bank,    999 NorthWest Grand Boulevard,    Oklahoma City, OK 73118-6051
516214970      Midland Mortgage Company/Mid First Bank,    Attention: Bankruptcy,    PO Box 26648,
                Oklahoma City, OK 73126-0648
516214971      Midland Mtg/Midfirst,    999 NW Grand Blvd,    Oklahoma City, OK 73118-6051
516292561      Navient Solutions, Inc.,    P.O. Box 9640,    Wilkes-Barre, PA 18773-9640
516214974      Nissan Motor Acceptanc,    PO Box 660360,    Dallas, TX 75266-0360
516214975      Penn Credit,    916 S 14th St,    Harrisburg, PA 17104-3425
516214976      Philadelphia Co Drs,    34 S 11th St Rm 304,    Philadelphia, PA 19107-4912
516214977      Portfolio Recovery Ass,    287 Independence Blvd,    Virginia Beach, VA 23462-2962
516214979      ProCo,    PO Box 2462,    Aston, PA 19014-0462
516214980      Rancocas Anesthesiology,    PO Box 4640,    Rutherford, NJ 07070-0464
516214981      Richardson Imports,    4700 Route 42,    Turnersville, NJ 08012-1707
516214982     +Rickart Collection Systems, Inc.,    575 Milltown Rd,    North Brunswick, NJ 08902-3336
516214983      SB1 Federal Credit Union,    1777 Sentry Pkwy W,    Blue Bell, PA 19422-2207
516214984      Select Medical Corp,    3607 Rosemont Ave Ste 502,    Camp Hill, PA 17011-6943
516214985     +South Jersey Gas,    1 S Jersey Plz,    Hammonton, NJ 08037-9100
516241121     +US Dept. of Housing and Urban Development,    451 7th Street, SW,    Washington, DC 20410-0002
516214987      World Financial Network Bank,    287 Independence Blvd,    Virginia Beach, VA 23462-2962
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg            E-mail/Text: usanj.njbankr@usdoj.gov Jan 20 2017 23:21:39     U.S. Attorney,    970 Broad St.,
                Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg           +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Jan 20 2017 23:21:35     United States Trustee,
                Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                Newark, NJ 07102-5235
516214953      E-mail/Text: bankruptcy@pepcoholdings.com Jan 20 2017 23:21:22     Atlantic City Electric,
                5 Collins Dr Ste 2133,    Carneys Point, NJ 08069-3600
516214956      E-mail/Text: bankruptcy@cavps.com Jan 20 2017 23:22:00     Cavalry Portfolio Serv,
                PO Box 27288,    Tempe, AZ 85285-7288
516249108     +E-mail/Text: bankruptcy@cavps.com Jan 20 2017 23:22:00     Cavalry SPV I, LLC,
                500 Summit Lake Drive, Ste 400,    Valhalla, NY 10595-1340
516214959     +E-mail/Text: bk.notifications@jpmchase.com Jan 20 2017 23:21:27     Chase Auto Finance,
                201 N Central Ave,    Phoenix, AZ 85004-1071
516214961     +E-mail/Text: ned-collections_bankruptcydocuments@comcast.com Jan 20 2017 23:22:18     Comcast,
                1701 John F Kennedy Blvd,    Philadelphia, PA 19103-2899
516214972      E-mail/PDF: pa_dc_claims@navient.com Jan 20 2017 23:20:13     Navient,    PO Box 9655,
                Wilkes Barre, PA 18773-9655
516214973      E-mail/PDF: pa_dc_claims@navient.com Jan 20 2017 23:19:53     Navient,    Attn: Claims Dept,
                PO Box 9500,    Wilkes Barre, PA 18773-9500
516214978      E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jan 20 2017 23:25:48
                Portfolio Recovery Associates, LLC,    PO Box 12914,    Norfolk, VA 23541-0914
516214986     +E-mail/Text: bankruptcy@sw-credit.com Jan 20 2017 23:21:40     Southwest Credit Syste,
                4120 International Pkwy,    Carrollton, TX 75007-1958
                                                                                              TOTAL: 11
```

          ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                     TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

```
District/off: 0312-1          User: admin              Page 2 of 2              Date Rcvd: Jan 20, 2017
                              Form ID: 137             Total Noticed: 47
```

***** BYPASSED RECIPIENTS (continued) *****

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 22, 2017                                    Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on January 19, 2017 at the address(es) listed below:

        Denise E. Carlon    on behalf of Creditor    MidFirst Bank dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com
        Isabel C. Balboa    on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com, summarymail@standingtrustee.com
        Isabel C. Balboa    ecfmail@standingtrustee.com, summarymail@standingtrustee.com
        Ronald E. Norman    on behalf of Joint Debtor Crystal B. Enoch ronaldenorman@comcast.net, dgordon@rnormanlaw.com;rnorman@rnormanlaw.com;g14985@notify.cincompass.com
        Ronald E. Norman    on behalf of Debtor Clifton  Enoch,, III ronaldenorman@comcast.net, dgordon@rnormanlaw.com;rnorman@rnormanlaw.com;g14985@notify.cincompass.com

        TOTAL: 5