Form 173 – hrggeneral

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

                        Case No.: 16−20794−ABA
                        Chapter: 13
                        Judge: Andrew B. Altenburg Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Clifton Enoch III                                            Crystal B. Enoch
   aka CLIFTON ENOCH                       aka CRYSTAL PRICE
   210 Laurel Pl                                                 210 Laurel Pl
   Clementon, NJ 08021−5810                  Clementon, NJ 08021−5810

Social Security No.:
   xxx−xx−9603                                                 xxx−xx−4539

Employer's Tax I.D. No.:

## NOTICE OF HEARING

NOTICE IS HEREBY GIVEN that a hearing in said cause shall be held before the Honorable Andrew B. Altenburg Jr. on

Date:               June 18, 2019
Time:              09:00 AM
Location:       Courtroom 4B, Mitchell H. Cohen Courthouse, 1 John F. Gerry Plaza, 400 Cooper Street, Camden, NJ 08101−2067

to consider and act upon the following:

*110* − Certification in Opposition to (related document:109 Creditor's Certification of Default (related document:53 Motion for Relief from Stay re: 210 Laurel Place, Clementon NJ 08021.. Fee Amount $ 181. filed by Creditor MidFirst Bank, 58 Order on Motion For Relief From Stay, 95 Creditor's Certification of Default filed by Creditor MidFirst Bank, 99 Order (Generic)) filed by Denise E. Carlon on behalf of MidFirst Bank. Objection deadline is 05/16/2019. (Attachments: # 1 Exhibit "A" # 2 Exhibit "B" # 3 Proposed Order # 4 Certificate of Service) filed by Creditor MidFirst Bank) filed by Ronald E. Norman on behalf of Clifton Enoch III, Crystal B. Enoch. (Norman, Ronald)

and transact such other business as may properly come before the meeting.


Dated: May 17, 2019
JAN: kaj

                                                                                      Jeanne Naughton
                                                                                      Clerk