Form 173 – hrggeneral

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

Case No.: 16–20794–ABA
Chapter: 13
Judge: Andrew B. Altenburg Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

| | |
|---|---|
| Clifton Enoch III | Crystal B. Enoch |
| aka CLIFTON ENOCH | aka CRYSTAL PRICE |
| 210 Laurel Pl | 210 Laurel Pl |
| Clementon, NJ 08021–5810 | Clementon, NJ 08021–5810 |

Social Security No.:
xxx–xx–9603                                    xxx–xx–4539

Employer's Tax I.D. No.:

## NOTICE OF HEARING

NOTICE IS HEREBY GIVEN that a hearing in said cause shall be held before the Honorable Andrew B. Altenburg Jr. on

Date:            June 11, 2019
Time:            10:00 AM
Location:        Courtroom 4B, Mitchell H. Cohen Courthouse, 1 John F. Gerry Plaza, 400 Cooper Street, Camden, NJ 08101–2067

to consider and act upon the following:

*110* – Certification in Opposition to (related document:109 Creditor's Certification of Default (related document:53 Motion for Relief from Stay re: 210 Laurel Place, Clementon NJ 08021.. Fee Amount $ 181. filed by Creditor MidFirst Bank, 58 Order on Motion For Relief From Stay, 95 Creditor's Certification of Default filed by Creditor MidFirst Bank, 99 Order (Generic)) filed by Denise E. Carlon on behalf of MidFirst Bank. Objection deadline is 05/16/2019. (Attachments: # 1 Exhibit "A" # 2 Exhibit "B" # 3 Proposed Order # 4 Certificate of Service) filed by Creditor MidFirst Bank) filed by Ronald E. Norman on behalf of Clifton Enoch III, Crystal B. Enoch. (Norman, Ronald)

and transact such other business as may properly come before the meeting.


Dated: May 19, 2019
JAN: kaj

Jeanne Naughton
Clerk