UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

---

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Law Office of
Ronald E Norman, LLC
901 Route 168, Suite 407A
Turnersville, NJ 08012
856-374-3100
rnorman@rnormanlaw.com

---

In Re:

Clifton Enoch,, III and Crystal B. Enoch

Case No.:        16-20794

Judge:        _____ABA_____

Chapter:        13

## CHAPTER 13 DEBTOR=S CERTIFICATION IN OPPOSITION

The debtor in this case opposes the following **(choose one)**:

1.   ☐  Motion for Relief from the Automatic Stay filed by _____, creditor,

     A hearing has been scheduled for _____, at ___ ___.

     ☐  Motion to Dismiss filed by the Chapter 13 Trustee.

     A hearing has been scheduled for _____, at _____.

     ☒  Certification of Default filed by __MidFirst Bank____,

     I am requesting a hearing be scheduled on this matter.

2.   I oppose the above matter for the following reasons **(choose one)**:

     ☐  Payments have been made in the amount of $ _____, but have not been accounted for.  Documentation in support is attached.

☐ Payments have not been made for the following reasons and debtor proposes repayment as follows (**explain your answer**):

☒ Other (**explain your answer**):

I understand we are 3 payments behind.  We expect to have 2 of the payments prior to the hearing date and request a payment plan for the balance.

3. This certification is being made in an effort to resolve the issues raised in the certification of default or motion.

4. I certify under penalty of perjury that the above is true.

Date: 10/18/19                            _/s/ Crystal B Enoch___
                                          Debtor=s Signature

Date: __                                  _____
                                          Debtor=s Signature

**NOTES:**

1. Under D.N.J. LBR 4001-1(b)(1), this form must be filed with the court and served on the Chapter 13 Trustee and creditor, if applicable not later than 7 days before the date of the hearing if filed in opposition to a Motion for Relief from the Automatic Stay or Chapter 13 Trustee=s Motion to Dismiss.

2. Under D.N.J. 4001-1 (b)(2), this form must be filed with the court and served on the Chapter 13 Trustee and creditor, if applicable not later than 14 days after the filing of a Certification of Default.

*rev.8/1/15*