Form 173 – hrggeneral

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

Case No.: 16–20794–ABA
Chapter: 13
Judge: Andrew B. Altenburg Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

| | |
|---|---|
| Clifton Enoch III | Crystal B. Enoch |
| aka CLIFTON ENOCH | aka CRYSTAL PRICE |
| 210 Laurel Pl | 210 Laurel Pl |
| Clementon, NJ 08021–5810 | Clementon, NJ 08021–5810 |

Social Security No.:
  xxx–xx–9603                          xxx–xx–4539

Employer's Tax I.D. No.:

## NOTICE OF HEARING

NOTICE IS HEREBY GIVEN that a hearing in said cause shall be held before the Honorable Andrew B. Altenburg Jr. on

Date:           November 12, 2019
Time:           10:00 AM
Location:       Courtroom 4B, Mitchell H. Cohen Courthouse, 1 John F. Gerry Plaza, 400 Cooper Street, Camden, NJ 08101–2067

to consider and act upon the following:

*122* – Certification in Opposition to (related document:121 Creditor's Certification of Default (related document:109 Creditor's Certification of Default filed by Creditor MidFirst Bank, 116 Order (Generic)) filed by Rebecca Ann Solarz on behalf of MidFirst Bank. Objection deadline is 10/25/2019. (Attachments: # 1 Exhibit Agreed Order # 2 Exhibit Certificate Re Post Petition History # 3 Proposed Order # 4 Certificate of Service) filed by Creditor MidFirst Bank) filed by Ronald E. Norman on behalf of Clifton Enoch III, Crystal B. Enoch. (Norman, Ronald)

and transact such other business as may properly come before the meeting.

Dated: October 21, 2019
JAN: bed

                                        Jeanne Naughton
                                        Clerk