Form 173 – hrggeneral

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

Case No.:  16−20794−ABA
Chapter:  13
Judge:  Andrew B. Altenburg Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

   Clifton Enoch III                           Crystal B. Enoch
   aka CLIFTON ENOCH                           aka CRYSTAL PRICE
   210 Laurel Pl                               210 Laurel Pl
   Clementon, NJ 08021−5810                    Clementon, NJ 08021−5810

Social Security No.:
   xxx−xx−9603                                 xxx−xx−4539

Employer's Tax I.D. No.:

## NOTICE OF HEARING

   NOTICE IS HEREBY GIVEN that a hearing in said cause shall be held before the Honorable Andrew B. Altenburg Jr. on

Date:              August 21, 2020
Time:                   09:00 AM
Location:       Courtroom 4B, Mitchell H. Cohen Courthouse, 1 John F. Gerry Plaza, 400 Cooper Street, Camden, NJ 08101−2067

to consider and act upon the following:

*132* − Certification in Opposition to certification of default (related document:131 Creditor's Certification of Default (related document:53 Motion for Relief from Stay re: 210 Laurel Place, Clementon NJ 08021.. Fee Amount $ 181. filed by Creditor MidFirst Bank, 109 Creditor's Certification of Default filed by Creditor MidFirst Bank, 121 Creditor's Certification of Default filed by Creditor MidFirst Bank, 125 Order (Generic)) filed by Brian C. Nicholas on behalf of MidFirst Bank. Objection deadline is 07/27/2020. (Attachments: # 1 Exhibit "A" # 2 Exhibit "B" # 3 Proposed Order # 4 Certificate of Service) filed by Creditor MidFirst Bank) filed by Ronald E. Norman on behalf of Crystal B. Enoch. (Norman, Ronald)

and transact such other business as may properly come before the meeting.


Dated: July 24, 2020
JAN:

                                                            Jeanne Naughton
                                                            Clerk