Form 185 – ntc13plnafter

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

Case No.:  16−20794−ABA
Chapter:  13
Judge:  Andrew B. Altenburg Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

Clifton Enoch III
aka CLIFTON ENOCH
210 Laurel Pl
Clementon, NJ 08021−5810

Crystal B. Enoch
aka CRYSTAL PRICE
210 Laurel Pl
Clementon, NJ 08021−5810

Social Security No.:
  xxx−xx−9603                                              xxx−xx−4539

Employer's Tax I.D. No.:

### NOTICE OF FILING OF MODIFICATION OF PLAN AFTER CONFIRMATION
### AND NOTICE OF HEARING THEREON

Notice is hereby given that a Plan was confirmed in this matter on February 13, 2019.

On the debtor filed a modification to the Plan.

Accordingly, a hearing will be held before the Honorable Andrew B. Altenburg Jr. on:

Date:                October 14, 2020
Time:                10:00 AM
Location:            Courtroom 4B, Mitchell H. Cohen Courthouse, 1 John F. Gerry Plaza, 400 Cooper Street, Camden, NJ 08101−2067

Accordingly, notice is hereby given that,

1. Seven (7) days prior to the confirmation hearing is fixed as the last day for filing a written rejection to the modified plan.

2. Pursuant to 11 U.S.C. 1323 (c), if the Plan as modified changes the rights of the holder of a secure claim, such holders acceptance or rejection of the Plan before modification will be deemed acceptance or rejection of the Plan as modified, unless the holder changes such holders acceptance or rejection of the Plan within the time fixed.

3. **If, at the confirmation hearing, the Court determines that the plan is not confirmable, the debtor's case may be dismissed or converted.**

A copy of the modified Plan will follow this notice.


Dated: September 11, 2020
JAN:

                                                                              Jeanne Naughton
                                                                              Clerk

```
                         United States Bankruptcy Court
                              District of New Jersey

In re:                                                        Case No. 16-20794-ABA
Clifton Enoch, III                                            Chapter 13
Crystal B. Enoch
         Debtors                     CERTIFICATE OF NOTICE
District/off: 0312-1          User: admin                 Page 1 of 2                  Date Rcvd: Sep 11, 2020
                              Form ID: 185                Total Noticed: 44


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 13, 2020.
db/jdb         Clifton Enoch, III,    Crystal B. Enoch,    210 Laurel Pl,    Clementon, NJ   08021-5810
516214952     +AR Resources Inc,    1777 Sentry Pkwy W,    Blue Bell, PA 19422-2206
516214951      American Education Services,    PO Box 2461,    Harrisburg, PA  17105-2461
516214955      Bureau of Account Mana,    3607 Rosemont Ave Ste 502,    Camp Hill, PA  17011-6943
516214957      CCMUA,   1630 Ferry Ave,    Camden, NJ   08104-1312
516214960      COMCAST,    4120 International Pkwy,    Carrollton, TX  75007-1957
516214958      Chase Auto,    PO Box 901003,    Columbus, OH   43224
516214962      Cooper University Health Care,    PO Box 2090,    Morrisville, NC  27560-2090
516235335      ECMC,   PO BOX 16408,    St Paul, MN 55116-0408
516214964      Financial Recoveries,    200 E Park Dr Ste 100,    Mount Laurel, NJ  08054-1297
516214965      GTMUA,    1261 Chews Landing Clementon Rd,    Blackwood, NJ   08012
516392368     +Gloucester Township Municipal Utilities Auth.,     Leonard J. Wood, Esquire,
                1250 Chews Landing Road,    Laurel Springs, NJ 08021-2816
516214966      Hsbc Bank Nevada,    PO Box 27788,    Tempe, AZ   85285-7788
516214967      Kennedy Health,    200 E Park Dr Ste 100,    Mount Laurel, NJ  08054-1297
516214969      MED1 02 Rowan Som Osteopathic Scienc,    916 S 14th St,    Harrisburg, PA  17104-3425
516214968      Marilyn Brown,    5238 Cedar Ave,    Philadelphia, PA  19143-1525
516368101     +MidFirst Bank,    999 NorthWest Grand Boulevard,    Oklahoma City, OK 73118-6051
516214970      Midland Mortgage Company/Mid First Bank,    Attention: Bankruptcy,    PO Box 26648,
                Oklahoma City, OK   73126-0648
516214971      Midland Mtg/Midfirst,    999 NW Grand Blvd,    Oklahoma City, OK  73118-6051
516214974      Nissan Motor Acceptanc,    PO Box 660360,    Dallas, TX  75266-0360
516214976     +Philadelphia Co Drs,    34 S 11th St Rm 304,    Philadelphia, PA 19107-3623
516214979      ProCo,    PO Box 2462,    Aston, PA  19014-0462
516214980      Rancocas Anesthesiology,    PO Box 4640,    Rutherford, NJ  07070-0464
516214981      Richardson Imports,    4700 Route 42,    Turnersville, NJ  08012-1707
516214982     +Rickart Collection Systems, Inc.,    575 Milltown Rd,    North Brunswick, NJ 08902-3336
516214983      SB1 Federal Credit Union,    1777 Sentry Pkwy W,    Blue Bell, PA  19422-2207
516214984      Select Medical Corp,    3607 Rosemont Ave Ste 502,    Camp Hill, PA  17011-6943
516214985     +South Jersey Gas,    1 S Jersey Plz,    Hammonton, NJ 08037-9100
516214987      World Financial Network Bank,    287 Independence Blvd,    Virginia Beach, VA  23462-2962

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg            E-mail/Text: usanj.njbankr@usdoj.gov Sep 12 2020 01:03:10      U.S. Attorney,   970 Broad St.,
               Room 502,    Rodino Federal Bldg.,    Newark, NJ  07102-2534
smg           +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Sep 12 2020 01:03:06      United States Trustee,
               Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,   Suite 2100,
               Newark, NJ 07102-5235
516214953      E-mail/Text: bankruptcy@pepcoholdings.com Sep 12 2020 01:02:39      Atlantic City Electric,
               5 Collins Dr Ste 2133,    Carneys Point, NJ  08069-3600
516214956      E-mail/Text: bankruptcy@cavps.com Sep 12 2020 01:03:37      Cavalry Portfolio Serv,
               PO Box 27288,    Tempe, AZ  85285-7288
516249108     +E-mail/Text: bankruptcy@cavps.com Sep 12 2020 01:03:37      Cavalry SPV I, LLC,
               500 Summit Lake Drive, Ste 400,    Valhalla, NY 10595-2321
516214959     +E-mail/Text: bk.notifications@jpmchase.com Sep 12 2020 01:02:55      Chase Auto Finance,
               201 N Central Ave,    Phoenix, AZ 85004-1071
516214961     +E-mail/Text: documentfiling@lciinc.com Sep 12 2020 01:01:38      Comcast,
               1701 John F Kennedy Blvd,    Philadelphia, PA 19103-2899
516379773      E-mail/PDF: ais.chase.ebn@americaninfosource.com Sep 12 2020 01:09:14
               JPMorgan Chase Bank, N.A.,    National Bankruptcy Dept,    P O Box 901032,
               Ft Worth  TX  76101-2032
516214963      E-mail/Text: servicing@eburycap.com Sep 12 2020 01:01:30      Ebury Street Capital, LLC,
               41 Purdy Ave Unit 281,    Rye, NY  10580-7522
516214972      E-mail/PDF: pa_dc_claims@navient.com Sep 12 2020 01:08:41      Navient,   PO Box 9655,
               Wilkes Barre, PA  18773-9655
516214973      E-mail/PDF: pa_dc_claims@navient.com Sep 12 2020 01:10:05      Navient,   Attn: Claims Dept,
               PO Box 9500,    Wilkes Barre, PA  18773-9500
516292561      E-mail/PDF: pa_dc_claims@navient.com Sep 12 2020 01:08:42      Navient Solutions, Inc.,
               P.O. Box 9640,    Wilkes-Barre, PA 18773-9640
516214978      E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Sep 12 2020 01:09:23
               Portfolio Recovery Associates, LLC,    PO Box 12914,    Norfolk, VA  23541-0914
516214986     +E-mail/Text: bankruptcy@sw-credit.com Sep 12 2020 01:03:11      Southwest Credit Syste,
               4120 International Pkwy,    Carrollton, TX 75007-1958
516241121     +E-mail/PDF: OGCRegionIIBankruptcy@hud.gov Sep 12 2020 01:09:13
               US Dept. of Housing and Urban Development,    451 7th Street, SW,   Washington, DC 20410-0002
                                                                                              TOTAL: 15

           ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
```

```
District/off: 0312-1          User: admin               Page 2 of 2                   Date Rcvd: Sep 11, 2020
                              Form ID: 185              Total Noticed: 44

516214954      ##Barbara Ivery,    6935 Rodney St,    Philadelphia, PA   19138-1920
516214975      ##Penn Credit,    916 S 14th St,    Harrisburg, PA   17104-3425
516214977      ##Portfolio Recovery Ass,    287 Independence Blvd,    Virginia Beach, VA   23462-2962
                                                                                TOTALS: 0, * 0, ## 3
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 13, 2020                                      Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 11, 2020 at the address(es) listed below:

```
              Brian C. Nicholas    on behalf of Creditor    MidFirst Bank bnicholas@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Denise E. Carlon    on behalf of Creditor    MidFirst Bank dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Isabel C. Balboa    on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com,
               summarymail@standingtrustee.com
              Isabel C. Balboa     ecfmail@standingtrustee.com,    summarymail@standingtrustee.com
              Rebecca Ann Solarz    on behalf of Creditor    MidFirst Bank rsolarz@kmllawgroup.com
              Ronald E. Norman    on behalf of Joint Debtor Crystal B. Enoch rnorman@rnormanlaw.com,
               ekonecsny@rnormanlaw.com;dgordon@rnormanlaw.com;g14985@notify.cincompass.com;ronaldenorman@icloud.com
              Ronald E. Norman    on behalf of Debtor Clifton  Enoch, III rnorman@rnormanlaw.com,
               ekonecsny@rnormanlaw.com;dgordon@rnormanlaw.com;g14985@notify.cincompass.com;ronaldenorman@icloud.com
                                                                                             TOTAL: 7
```